1  **GIBEAUT, MAHAN & BRISCOE**
   GARY ROBERT GIBEAUT, ESQ. (State Bar No. 70951)
2  NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
   JOHN W. ALLEN, ESQ. (State Bar No. 137496)
3  6701 Center Drive West, Suite 611
   Los Angeles, California 90045
4  Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010

5  Attorneys for Defendants, BEVERLY HILLS UNIFIED SCHOOL DISTRICT, ERIK WARREN, CHERRYNE LUE-SANG, and JANICE HART

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a minor, by and through her guardian ad litem, R.C., <br><br> Plaintiff, <br><br> vs. <br><br> BEVERLY HILLS UNIFIED SCHOOL DISTRICT; ERIK WARREN, both in his individual capacity and as principal of Beverly Vista School; CHERRYNE LUE-SANG, both in her individual capacity and as assistant principal of Beverly Vista School; and JANICE HART, both in her individual capacity and as an employee of Beverly Vista School, <br><br> Defendants. | Case No. CV 08-03824 SVW (CWx) <br><br> *Honorable Carla M. Woehrle* <br><br> **ORDER** |

The Court has received and reviewed the Stipulation between the parties requesting a Protective Order covering statements or educational or other records in any way related to a minor, including Plaintiff.

IT IS THEREFORE ORDERED that statements or educational or other records in any way related to a minor, including Plaintiff, be protected from disclosure pursuant to the terms of the Stipulation.

DATED: Nov. 20, 2008_____

_____/S/_____
THE HONORABLE CARLA M. WOEHRLE

- 1 -
**[PROPOSED] ORDER**