EVAN S. COHEN (State Bar # 119601)
e-mail: ecohen@manifesto.com
S. MARTIN KELETI (State Bar # 144208)
e-mail: keleti@manifesto.com
SOMMER A. ISSAQ (State Bar # 259081)
sissaq@cohenmusiclaw.com
COHEN AND COHEN
8340 Melrose Avenue
Los Angeles, California 90069-5420
(323) 655-4444 Telephone
(323) 655-3333 Facsimile

Attorneys for R.C., guardian ad litem
for plaintiff J.C., a minor

# United States District Court
# Central District of California

| | |
|---|---|
| J.C., a minor, by and through her guardian ad litem R.C.,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HILLS UNIFIED SCHOOL DISTRICT;<br>ERIK WARREN, in his official and individual capacities;<br>CHERRYNE LUE-SANG, in her official and individual capacities; and<br>JANICE HART, in her official and individual capacities,<br><br>Defendants. | Case No. CV 08-03824 SVW (CWx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>~~JS-5~~/JS-6 ✓<br>JS-2/JS-3 ___<br>Scan Only ___ |

[Proposed] Judgment

## JUDGMENT

Plaintiff's motion for summary adjudication and defendants' motion for summary adjudication having been submitted on January 9, 2009, and ruled upon in orders dated November 16, 2009 and December 8, 2009,

1.  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendants violated plaintiff's right to free speech and free expression by suspending her from school for her posting to the Internet website YouTube.com a video recording she made not related to a school activity or to school attendance, made off-campus, after school hours, without school resources, not at a school-sponsored event, and further requiring her to take down her posting to that site;

2.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants violated plaintiff's right to due process by taking the disciplinary action described above without putting her on notice of the school's authority to regulate off-campus speech within constitutional bounds, so that plaintiff could modify her conduct in conformity with the school rules, and instead promulgating unconstitutionally vague disciplinary policies which appear, on their face, to limit the school's authority to discipline students for activities occurring at school, while the students are on the way to or from school, or at a school-sponsored event, pursuant to subdivision (r) of California Education Code § 49800;

3.  ~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED~~ that ~~defendants, and defendants' agents, employees, administrators, and anyone acting in concert with them, are permanently enjoined from violating plaintiff's~~ right to ~~free speech and free expression with regard to off-campus, non-student speech, including postings to such Internet websites as YouTube.com and so-called "social networking" sites, which do not cause a disruption at school;~~

4.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants, and defendants' agents, employees, administrators, and anyone acting

in concert with them, are permanently enjoined from maintaining a record of their wrongful suspension of plaintiff from school, or from communicating in any way to any person or entity that plaintiff was suspended from school with respect to the incident which gave rise to this action;

    5. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for her first claim for relief pursuant to 42 U.S.C. § 1983, plaintiff J.C. shall recover nominal damages in the amount of $1 each from defendants Erik Warren, Cherryne Lue-Sang, and Janice Hart, in their official capacities, for their violation of plaintiff's right to freedom of speech and freedom of expression guaranteed under the First Amendment as applied to the States under the Fourteenth Amendment;

    6. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for her second claim for relief pursuant to 42 U.S.C. § 1983, plaintiff J.C. shall recover nominal damages in the amount of $1 from defendant Beverly Hills Unified School District, for its violation of plaintiff's right to freedom of speech and freedom of expression guaranteed by the First Amendment as applied to the States under the Fourteenth Amendment;

    7. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for her third claim for relief pursuant to 42 U.S.C. § 1983, plaintiff J.C. shall recover nominal damages in the amount of $1 each from defendants Erik Warren, Cherryne Lue-Sang, and Janice Hart, in their official capacities, as well as defendant Beverly Hills Unified School District, for their violation of plaintiff's right to due process guaranteed by the Fourteenth Amendment;

    8. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff shall recover from defendants her costs other than attorney fees in the amount of $_____, pursuant to Fed. R. Civ. P. 54(d), and her attorney fees of $_____ as additional costs, pursuant to 42 U.S.C. §§ 1983 & 1988; and

    9. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that

1  the court declines to exercise supplemental jurisdiction over plaintiff's fourth claim
2  for relief pursuant to California Civil Code § 52.1, and dismisses that claim without
3  prejudice to plaintiff pursuing that claim in state court.
4      IT IS SO ORDERED.
5
6  Dated: 1/11/10
                                           HON. STEPHEN V. WILSON
7                                          United States District Court Judge
8  Submitted by:
9  Dated:    December 21, 2009    COHEN AND COHEN
10
11                                         By: /s/
                                                 S. MARTIN KELETI
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28