EVAN S. COHEN (State Bar # 119601)
e-mail: ecohen@manifesto.com
S. MARTIN KELETI (State Bar # 144208)
e-mail: keleti@manifesto.com
SOMMER A. ISSAQ (State Bar # 259081)
sissaq@cohenmusiclaw.com
COHEN AND COHEN
8340 Melrose Avenue
Los Angeles, California 90069-5420
(323) 655-4444 Telephone
(323) 655-3333 Facsimile

Attorneys for R.C., guardian ad litem
for plaintiff J.C., a minor

# United States District Court
# Central District of California

| | |
|---|---|
| J.C., a minor, by and through her guardian ad litem R.C., <br><br> Plaintiff, <br><br> v. <br><br> BEVERLY HILLS UNIFIED SCHOOL DISTRICT et al., <br><br> Defendants. | Case No. CV 08-03824 SVW (CWx) <br><br> PLAINTIFF'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS <br><br> Date:  Thur., February 4, 2010 <br> Time:  11:00 a.m. <br> Place: Clerk's office <br> 312 North Spring Street <br> Los Angeles, CA <br> [telephonic appearance] |

---
1
Notice of Application to the Clerk to Tax Costs

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on Thursday, February 4, 2010, at 11:00 a.m.
3  or as soon thereafter as the matter may be heard, in the clerk's office of the
4  Western Division of the above-entitled court, by telephonic appearance, if any
5  appearance is deemed necessary, R.C., guardian ad litem for plaintiff J.C., will
6  apply to the clerk to tax costs, pursuant to Rule 54 of the Federal Rules of Civil
7  Procedure and the Local Rules supplementing it.

8      The proposed bill of costs and supporting documentation are being
9  electronically filed concurrently with this notice of application, with a courtesy
10 copy of all e-filed documents being submitted to the clerk's designee.

11 Dated:   January 19, 2010        COHEN AND COHEN

13                                  By: /s/
                                        S. MARTIN KELETI