# UNITED STATES DISTRICT COURT
## Central District of California

| | |
|---|---|
| J.C., a minor, through R.C., her guardian ad litem, | **BILL OF COSTS** |
| V. | Case Number: CV 08-03824 SVW (CWx) |
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT, et al. | |

Judgment having been entered in the above entitled action on __January 14, 2010__ against __defendants__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 350.00 |
| Fees for service of summons and subpoena ........................................ | 345.26 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation ............ | |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) .................................... | 3,161.78 |
| Fees and disbursements for printing ............................................... | |
| (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) ......................................... | 42.64 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 (if incurred) ..................................... | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts .......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) ...................... | |
| TOTAL | $ 3,906.68 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:     .

☑ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____

Name of Attorney:  S. Martin Keleti

Costs are taxed in the amount of _____

By: _____
Clerk of Court          Deputy Clerk          Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Sabina Chazanas<br>5033 Exposition Boulevard<br>Los Angeles, California 90016 | 1 | 40.00 | | | 4.50 | 2.64 | 42.64 |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | **TOTAL** | 42.64 |