**J.C. v. Beverly Hills Unified School District et al.**

## Itemization and Summary of Bill of Costs

### Costs of the clerk
| | |
|---|---:|
| Filing fee | $350.00 |
| **Subtotal** | **$350.00** |

### Costs for service of process
| | |
|---|---:|
| Beverly Hills Unified School District summons | $50.00 |
| Erik Warren summons | $50.00 |
| Cherrynne Lue-Sang summons | $50.00 |
| Janice Hart summons | $50.00 |
| Sabina Chazanas subpoena | $145.26 |
| **Subtotal** | **$345.26** |

### Transcripts
| | |
|---|---:|
| Lue-Sang deposition [101040] | $843.10 |
| Warren deposition [101042] | $522.40 |
| Hart deposition [101044] | $283.00 |
| Kari McVeigh deposition [101048] | $316.10 |
| Amy Lambert deposition [101050] | $534.30 |
| Andrea Barron deposition [101052] | $191.80 |
| Chazanas deposition [101059] | $379.20 |
| September 22, 2009 hearing [Walter R. Ledge] (ordered due to discovery dispute arising from order) | $98.88 |
| **Subtotal** | **$3,168.78** |

### Witness fees
| | |
|---|---:|
| Sabina Chazanas | $42.64 |
| **Subtotal** | **$42.64** |

| | |
|---|---:|
| **TOTAL** | **$3,906.68** |