L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA  90069-5420

Invoice Number:   101040
Invoice Date:   10/15/2008

In RE: J.C., a minor, vs. Beverly Hills Unified School District
Cherryne Lue-Sang
Attendance Date: 10/07/2008  Reporter: Mary Jo Saul

| Qty | Description | Ext |
|---|---|---|
| 135 | Original Pages | 769.50 |
| 28 | Exhibit Pages Copied | 14.00 |
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
| 1 | FedEx shipping charges | 4.60 |
| | Invoice Total: | 843.10 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.



PAID
OCT 20 2008
BY: 16083/843.10

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA 90069-5420

Invoice Number:   101042
Invoice Date:   10/15/2008

In RE:   J.C., a minor, vs. Beverly Hills Unified School District
Erik Warren
Attendance Date: 10/07/2008   Reporter: Mary Jo Saul

| Qty | Description | Ext |
|---|---|---|
| 82 | Original Pages | 467.40 |
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
| | Invoice Total: | 522.40 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID:

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA 90069-5420

Invoice Number:   101044
Invoice Date:   10/15/2008

In RE:   J.C., a minor, vs. Beverly Hills Unified School District
Janice M. Hart
Attendance Date: 10/07/2008  Reporter: Mary Jo Saul

| Qty | Description | Ext |
|---|---|---|
| 40 | Original Pages | 228.00 |
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
| | Invoice Total: | 283.00 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.

PAID
OCT 2 0 2008
BY: 16086/80510

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

$ 1042.20

# 16087

10-22-08

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA  90069-5420

Invoice Number:   101048
Invoice Date:   10/20/2008

In RE:   J.C., a minor, vs. Beverly Hills Unified School District
Kari McVeigh
Attendance Date: 10/08/2008  Reporter: Grace Chung

| Qty | Description | Ext |
|---|---|---|
| 45 | Original Pages | 256.50 |
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
| 1 | FedEx shipping charges | 4.60 |
| | Invoice Total: | 316.10 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID:

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA  90069-5420

Invoice Number:   101050
Invoice Date:     10/20/2008

In RE:   J.C., a minor, vs. Beverly Hills Unified School District
         Amy Lambert
         Attendance Date: 10/08/2008   Reporter: Grace Chung

| Qty | Description | Ext |
|---|---|---|
| 84 | Original Pages | 478.80 |
| 1 | Exhibit Pages Copied | 0.50 |
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
|   | Invoice Total: | 534.30 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID.

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA 90069-5420

Invoice Number:   101052
Invoice Date:   10/20/2008

In RE:   J.C., a minor, vs. Beverly Hills Unified School District
Andrea Barron
Attendance Date: 10/08/2008   Reporter: Grace Chung

| Qty | Description | Ext |
|---|---|---|
| 24 | Original Pages | 136.80 |
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
| | Invoice Total: | 191.80 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID:

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700

#16090
$379.20
10.23.08

# INVOICE

COHEN AND COHEN
ATTN: Evan S. Cohen, Esq.
8340 Melrose Avenue
Los Angeles, CA 90069-5420

Invoice Number:   101059
Invoice Date:   10/21/2008

In RE:   J.C., a minor, vs. Beverly Hills Unified School District
Sabina Chazanas
Attendance Date: 10/10/2008   Reporter: Mary Jo Saul

| Qty | Description | Ext |
|---|---|---|
| 1 | Transcript handling, condensed, key word index, ASCII | 55.00 |
| 2 | FedEx shipping charges (Original to witness's counsel) | 9.20 |
| 1 | Minimum Transcript Charge | 315.00 |
| | Invoice Total: | 379.20 |

We Appreciate Your Business

PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE. INVOICE DUE WITHIN 30 DAYS.
A 1.80% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID:

Payments to: LA Reporters 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067 Legal and collection fees are the responsibility of the debtor.