**Juliette Stott-Arevalos**

**From:** S. Martin Keleti [keleti@manifesto.com]
**Sent:** Monday, October 27, 2008 3:31 PM
**To:** Juliette Stott
**Subject:** [Fwd: re transcript for JC VS. BHUSD 9-22-08]

$98.88 please.

-------- Original Message --------
Subject: re transcript for JC VS. BHUSD 9-22-08
Date: Sat, 25 Oct 2008 13:32:21 -0700
From: Walter Ledge <wledge@msn.com>
To: <keleti@manifesto.com>
References: <535101.85035.qm@web39806.mail.mud.yahoo.com> <BAY102-DS48DC10079259A262A9233DD310@phx.gbl>
<1DAC81A3D3F84544AE45192F785A11A402D5A9B5@shbmail03.shb.com>
<BAY102-DS55FC6DEFD0F6B62178B22DD300@phx.gbl>
<1DAC81A3D3F84544AE45192F785A11A402D5AA50@shbmail03.shb.com>
<1DAC81A3D3F84544AE45192F785A11A402D5AAA0@shbmail03.shb.com>
<BAY102-DS3CAFC5F669565E2C16381DD280@phx.gbl>
<1DAC81A3D3F84544AE45192F785A11A402D5AABE@shbmail03.shb.com>
<BAY102-DS73EFA1EBE99B7553E2452DD280@phx.gbl>
<1DAC81A3D3F84544AE45192F785A11A402D5AABF@shbmail03.shb.com>

Mr. Keleti:
The estimate for this transcript would be as follows:

**30-day normal rate:** $61.32 for an e-mailed transcript in .pdf format.
$66.12 for a hard copy mailed via U.S.P.S. Priority Mail
$78.72 for both versions.

**14-day delivery:** $71.40 for e-mailed .pdf format
$76.20 for hard copy via U.S. mail
$88.80 for both versions

**7-day delivery:** $81.48 for e-mailed
$86.28 for U.S. mail
$98.88 for both.

Please pick the delivery service you want and send a check made payable to me at:

*[handwritten: # 16091  $98.88  10-27-09]*

**Walter R. Ledge**
**3244 Pony Dr.**
**Ontario, CA 91761**

**My SSAN is**

**If you have any other questions, please let me know.**

```
. Martin Keleti
OHEN AND COHEN
340 Melrose Avenue
os Angeles, California 90069-5420
23.655.4444 Telephone
23.655.3333 Facsimile
 eleti@manifesto.com
```

12/15/2009