| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Sabina Chazanas<br>5033 Exposition Boulevard<br>Los Angeles, California 90016 | 1 | 40.00 | | | 4.50 | 2.64 | 42.64 |
| | | | | | | TOTAL | 42.64 |



**(213) 628-6338**
1545 Wilshire Blvd., 311
Los Angeles, CA 90017
www.janneyandjanney.com
IRS 95-3267524

**INVOICE DATE:** 10/03/2008

**INVOICE NUMBER:** LA1278428-1

Client No. 10829
Client COHEN AND COHEN
Address 8340 MELROSE AVENUE
LOS ANGELES, CA 90069
Phone: (323) 655-4444   Fax: (323) 655-3333
Client File No.:
Contact: KELETI

Route#: LA-13
Server#: 48

Case No.: CV0803824SVW(CWx)
Court: USDC - CENTRAL DISTRICT LOS ANGELES
Plaintiff: J.C.
Defendant: BEVERLY HILLS UNIFIED SCHOOL DISTRICT
Servee: SABINA CHAZANAS

Documents:
SUBPOENA IN A CIVIL CASE

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: SABINA CHAZANAS at 5033 EXPOSITION BLVD., LOS ANGELES, CA 90016. On 10/03/2008 09:45 am<br><br>UNABLE TO EFFECT SERVICE AT GIVEN ADD: 10045 REEVESBURY DRIVE, IN BEVERLY HILLS. SUBJECT NOT IN, ON ATTEMPT. PERSONALLY SERVED AT GIVEN ADDR. | Service of Process<br>Rush Service<br>Advance<br>Check Charge<br>Non-Service | 53.00<br>35.00<br>42.64<br>4.26<br>53.00 |
| | **INVOICE TOTAL** | **$ 187.90** |

er: brianl

Order#: LA1278428-1/InvPro

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| COHEN AND COHEN<br>8340 MELROSE AVENUE<br>LOS ANGELES, CA 90069 | (323) 655-4444 | |
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

USDC - CENTRAL DISTRICT LOS ANGELES
312 N. SPRING STREET, #G-8
LOS ANGELES, CA 900124793

PLAINTIFF:

J.C.

DEFENDANT:

BEVERLY HILLS UNIFIED SCHOOL DISTRICT

| PROOF OF SERVICE | DATE:<br>10/10/2008 | TIME:<br>10:00 am | DEPT/DIV: | CASE NUMBER:<br>CV0803824SVW(CWx) |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SUBPOENA IN A CIVIL CASE**

ON: SABINA CHAZANAS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5033 EXPOSITION BLVD.
LOS ANGELES, CA 90016

ON: October 3, 2008
AT: 09:45 am

Witness Fees Tendered: 42.64

Manner of service In compliance with Federal Code of Civil Procedure.

Fee for Service: 187.90
County: Los Angeles
Registration No.: 3863
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 3, 2008.

Signature: _____
Hector Flores

**PROOF OF SERVICE**

Order#: LA1278428/GProof37